**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

September 13, 2021 · 9/13/21

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Luiggi Alexander Hierro-Belen, a/k/a "Menor,"
S1 21 Cr. 161 (CM)

Dear Judge McMahon:

*[Handwritten endorsement:]* Case Adj to Oct 27, 2021 at 2:15 p.m. — time Excluded through Oct 27, in the interest of justice, to facilitate plea discussions. /s/ Colleen McMahon

A status conference is scheduled in the above-captioned matter for September 14, 2021. The Government writes respectfully to request an adjournment of the conference. After conferring with the Court's chambers regarding the Court's availability, the Government respectfully requests that the conference be adjourned to October 27, 2021, at 2:15 p.m. The Government and defense counsel have been engaged in productive discussions regarding possible pretrial resolution. Those negotiations have progressed and the parties hope to reach an agreement promptly. The adjournment is requested to permit parties additional time for the Government and defense counsel for defendant Hierro-Belen to continue discussions and for defense counsel to advise the defendant regarding possible pretrial disposition.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from September 14, 2021 until October 27, 2021 for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/21
```

Case 1:21-cr-00161-CM   Document 53   Filed 09/13/21   Page 2 of 2
Case 1:21-cr-00161-CM   Document 52   Filed 09/13/21   Page 2 of 2

Page 2

I have communicated with defense counsel, Mr. Silveri, for defendant Hierro-Belen, who consents to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   Jon Silveri, Esq. (via ECF)