**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

October 21, 2021

10/21/21

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Luiggi Alexander Hierro-Belen, a/k/a "Menor,"
     S1 21 Cr. 161 (CM)

Dear Judge McMahon:

A status conference is scheduled in the above-captioned matter for October 27, 2021. The Government writes respectfully to request an adjournment of the conference. After conferring with the Court's chambers regarding the Court's availability, the Government respectfully requests that the conference be adjourned to December 2, 2021, at 12 p.m. The Government and defense counsel have been engaged in productive discussions regarding possible pretrial resolution. Those negotiations have progressed and the parties hope to reach an agreement promptly. The adjournment is requested to permit parties additional time for the Government and defense counsel for defendant Hierro-Belen to continue discussions and for defense counsel to advise the defendant regarding possible pretrial disposition.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from October 27, 2021 until December 2, 2021 for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

*[Handwritten endorsement:]* Case Adjourned to Dec. 2, 2021 at 12:00 p.m. — Time excluded in the interest of justice to facilitate plea discussions. /s/ Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/21

Case 1:21-cr-00161-CM Document 57 Filed 10/21/21 Page 2 of 2
Case 1:21-cr-00161-CM Document 56 Filed 10/21/21 Page 2 of 2

Page 2

I have communicated with defense counsel, Mr. Silveri, for defendant Hierro-Belen, who consents to the adjournment and exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Jon Silveri, Esq. (via ECF)