

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

May 4, 2022

5/4/22

Case adj to June 14, 2022 at 10:15 — time excluded through June 14, to facilitate plea discussions.

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[signature: Colleen McMahon]*

Re:   United States v. Luiggi Alexander Hierro-Belen, a/k/a "Menor,"
      S1 21 Cr. 161 (CM)

Dear Judge McMahon:

A status conference is scheduled in the above-captioned matter for May 10, 2022. The Government writes respectfully to request an adjournment of the conference for approximately 30 days. The Government and defense counsel have been engaged in productive discussions regarding possible pretrial resolution. Those negotiations have progressed and the parties hope to reach an agreement promptly. However, the negotiations have been delayed in part by health issues of defense counsel. The adjournment is requested to permit parties additional time for the Government and defense counsel for defendant Hierro-Belen to continue discussions and for defense counsel to advise the defendant regarding possible pretrial disposition.

In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from May 10, 2022 until such date as the conference is rescheduled for the reasons stated above. The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/22

Case 1:21-cr-00161-CM   Document 72   Filed 05/04/22   Page 2 of 2
Case 1:21-cr-00161-CM   Document 73   Filed 05/04/22   Page 2 of 2

Page 2

I have communicated with defense counsel, Mr. Silveri, for defendant Hierro-Belen, who consents to the adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   Jon Silveri, Esq. (via ECF)