

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 13, 2022

**BY ECF**

7/14/22
So ordered
*Colleen McMahon*

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Luiggi Alexander Hierro-Belen, a/k/a "Menor,"
      S1 21 Cr. 161 (CM)

MEMO ENDORSED

Dear Judge McMahon:

I will soon be ending my position as an Assistant United States Attorney in the Southern District of New York. I therefore write respectfully to request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:   All counsel of record (via ECF)