LAW OFFICE OF JON M. SILVERI
P.O. BOX 551
POUGHQUAG, N.Y. 12570
845 222 8393
JSILVERILAW@GMAIL.COM

**MEMO ENDORSED**

8/18/22

Extension Granted

*[signature: Colleen McMahon]*

August 16, 2022

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.

USA V. Hierro-Belen 1:21-cr-00161-CM-1

Judge McMahon,

My motion is due tomorrow. I was operated on August 2nd, 2022. Additionally there is a possibility of a disposition in the next couple of weeks. I would appreciate it if my motion time can be extended by two weeks. I spoke with the prosecutor and she has not objections to my request. I apologize for any inconvenience.

Regards,

*Jon M. Silveri, Esquire*
Jon M. Silveri, Esquire

c.c. A.U.S.A. Marguerite Colson
    by E.C.F.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/22