LAW OFFICE OF JON M. SILVERI
P.O. BOX 551
POUGHQUAG, N.Y. 12570
845 222 8393
JSILVERILAW@GMAIL.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/23

June 8th, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.

USA V. Luiggi Hierro-Belen 1:21-cr-00161-CM-1

Judge McMahon,

6/9/2023
Granted.
Adjourned to
July 26, 2023 at 3:00 PM

*[signature: Colleen McMahon]*

    This matter is on for sentencing on June 15th, 2023. I am still suffering from a medical issue. I have two medical appoints on July 3rd, and July 7th, 2023. I request that the sentencing be adjourned to the end of July.

    Defendant is incarcerated and will be sentenced to prison. I have advised my client through his family of my status. The government was contacted and will not object to my request.

    I apologize for the timing of this request, I had hoped to be able to proceed but cannot.

Regards,

*Jon M. Silveri, Esquire*
Jon M. Silveri, Esquire

c.c. A.U.S.A. Marguerite Colson
    by E.C.F.