LAW OFFICE OF JON M. SILVERI
P.O. BOX 551
POUGHQUAG, N.Y. 12570
845 222 8393
JSILVERILAW@GMAIL.COM

*MEMO ENDORSED*
7/20/23

Sentencing Adj to
Sept. 27, 2023
At 3:15 P.M.

*[signature: Colleen McMahon]*

July 19, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.

USA V. Luiggi Hierro-Belen 1:21-cr-00161-CM-1

Judge McMahon,

    This matter is on for sentencing on July 26th, 2023. I am still suffering from a medical issue which has prevented me from properly preparing for sentencing. I have an additional medical appointments this month and on August 16th, 2023. I request that the sentencing be adjourned to the beginning of September 2023.

    Defendant is incarcerated and will be sentenced to prison. I contacted the prosecutor A.U.S.A. Colson and she does not object to my request. I have advised my client through his family and there are no objections.

    I apologize for the timing of this request, I had hoped to be able to proceed but cannot.

                        Regards,

                         *Jon M. Silveri, Esquire*
                         Jon M. Silveri, Esq.

c.c. A.U.S.A. Marguerite Colson
     by E.C.F.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/23