LAW OFFICE OF JON M. SILVERI
P.O. BOX 551
POUGHQUAG, N.Y. 12570
845 222 8393
JSILVERILAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2023

September 21, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.

USA V. Luiggi Hierro-Belen 1:21-cr-00161-CM-1

9/21/23

SENTENCING Adj to
Nov 8, 2023
At 3:15 p.m.

*Colleen McMahon*

Judge McMahon,

    This matter is on for sentencing on September 26th, 2023. I am still suffering from a medical issue which has prevented me from properly preparing for sentencing. I have an additional medical appointment on October 16th, 2023 as well as a cat scan and an mri this month. I request that the sentencing be adjourned to mid November at which point I am confident that we will be able to proceed.
    Defendant is incarcerated and will be sentenced to prison as he has a five year mandatory minimum. I contacted the prosecutor A.U.S.A. Colson and she does not object to my request. I have advised my client through his family and there are no objections.
    I apologize for the timing of this request, I had hoped to be able to proceed but cannot.

                                          Regards,
                                          *Jon M. Silveri, Esquire*
                                          Jon M. Silveri, Esq.

c.c. A.U.S.A. Marguerite Colson
     by E.C.F.